Thomas L. SWITZER, Plaintiff–Appellant,

v.

Sergeant DEAN, a/k/a Officer Dean, Defendant–Appellee,

and

Town of Stanley; Doug Purdham, Mayor; Officer Brown; Mark Belton, Page County Administrator; John Thomas, Sheriff; Deputy Hammer; Page County Jail, Defendants.

No. 12–2274.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 21, 2013.

Decided: Feb. 25, 2013.

Thomas L. Switzer, Appellant Pro Se. Richard Hustis Milnor, Taylor Zunker Milnor & Carter Ltd, Charlottesville, Virginia, for Appellee.

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas L. Switzer appeals the district court's orders accepting the recommenda-

tion of the magistrate judge, denying relief on his 42 U.S.C. § 1983 (2006) complaint, and denying various post-judgment motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Switzer v. Dean,* No. 5:11–cv–00021–MFU–JGW, 2012 WL 3315084 (W.D.Va. Aug. 10 & Oct. 12, 2012). We deny Switzer's motion for transcripts at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*